

# NUMBER 13-17-00584-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MCALLEN ANESTHESIA CONSULTANTS, P.A.

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Contreras and Hinojosa
Per Curiam Order**

Relator McAllen Anesthesia Consultants, P.A. filed an emergency motion to stay trial court order and discovery propounded pursuant to such order pending this Court's action on relator's petition for writ of mandamus. The real parties in interest, Jose David Sanchez, individually and as guardian of the person and estate of Arleena Mancha Sanchez and as next friend of XXXXX XXXX XXXXX,[1] a minor, filed a response in opposition to this emergency motion. By order previously issued, this Court carried the

---

[1] Relator utilizes this pseudonym to refer to the minor child, and we do likewise. *See generally* TEX. R. APP. P. 9.8.

emergency motion with the case. Relator has now filed an advisory to this Court in support of its request for an emergency stay, and the real parties have filed a response to the advisory.

This Court, having examined and fully considered the emergency motion, is of the opinion that it should be granted. We GRANT the emergency motion and order that the trial court's October 10, 2017 order and all discovery propounded pursuant to that order, to be stayed pending resolution of this original proceeding.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
25th day of October, 2017.